NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANNY R. BREWER,**

*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2012-7167

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-2759, Judge Donald L. Ivers.

---

**JUDGMENT**

---

ANDREW J. WAGHORN, of Gainesville, Virginia, argued for claimant-appellant.

KENNETH M. DINTZER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, MARTIN F. HOCKEY, JR., Assistant

Director, and ALEX P. HONTOS, Trial Attorney. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and MARTIE ADELMAN, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (Before RADER, *Chief Judge,* CLEVENGER, and PROST, *Circuit Judges.)*

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 14, 2013                /s/ Jan Horbaly
Date                        Jan Horbaly
                            Clerk